IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTHEW S. EDMONSON                                                 PLAINTIFF

    v.                           No. 05-6043

CLARK COUNTY DEPUTY
CHRIS HARPER; and TROY
TUCKER, SHERIFF, CLARK
COUNTY, ARKANSAS                                        DEFENDANTS

## **ORDER**

Now on this 28th day of October 2005, there comes on for consideration the report and recommendation filed herein on October 12, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Troy Tucker's motion to dismiss (Doc. 11) is GRANTED and all claims against Separate Defendant Tucker are DISMISSED. The case will proceed against Separate Defendant Chris Harper.

IT IS SO ORDERED.

                                                       Robert T. Dawson
                                                       Honorable Robert T. Dawson
                                                       United States District Judge