IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTHEW S. EDMONSON                                                                   PLAINTIFF

                     v.                      Civil No. 05-6043

CLARK COUNTY DEPUTY
CHRIS HARPER                                                                    DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Matthew S. Edmonson, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 23, 2005. He proceed pro se and in forma pauperis.

On October 28, 2005, Edmonson's claims against separate Defendant Troy Tucker were dismissed. Separate Defendant Chris Harper has been given until January 20, 2006, to file his summary judgment motion (Doc. 21).

On December 30, 2005, Edmonson filed a motion to dismiss this case (Doc. 24). In his motion, Edmonson indicates he wants to dismiss all claims and put this matter behind him.

I recommend that the plaintiff's motion to dismiss be granted. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 6th day of January 2006.

                                                                      /s/ Bobby E. Shepherd
                                                                      UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)