```
IN THE UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF ARKANSAS
          HOT SPRINGS DIVISION
```

MATTHEW S. EDMONSON                                    PLAINTIFF

    v.                      No. 05-6043

CLARK COUNTY DEPUTY
CHRIS HARPER                                           DEFENDANT

## ORDER

Now on this 23rd day of January 2006, there comes on for consideration the report and recommendation filed herein on January 6, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 25.) Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion to dismiss this action (Doc. 24) is GRANTED and Plaintiff's complaint is DISMISSED.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge